1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:        (415) 431-4500
   Fax:          (415) 255-8631
4  E-Mail:       rwlaw@mindspring.com

5  Attorney for Defendant JAMES CHARLES HIGGINS

6

7

8               **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA              No.  CR10 0189 01 JCS

12                        Plaintiff,     **STIPULATION AND [~~PROPOSED~~]**
                                         **ORDER MODIFYING TRAVEL**
13          v.                           **CONDITIONS**

14 JAMES CHARLES HIGGINS,

15                        Defendant.
   _____/

16

17     **IT IS HEREBY STIPULATED** between the parties that the following modification can

18 be made to the conditions of probation for defendant James Higgins in the above-entitled case.

19     Defendant James Higgins is allowed to travel to Oaxaca, Mexico, to attend a wedding.

20     Mr. Higgins will be leaving San Francisco on American Airlines Flight # 2224, at 7:20

21 a.m., on Sunday, May 8, 2011, and will be returning to San Francisco, California on American

22 Airlines Flight #515, at 7:20 p.m., on Sunday, May 15, 2011.  Mr. Higgins is to notify the United

23 States Probation Office of all travel plans and logistics related to his attendance at the wedding

24 ceremony.  Mr. Higgins is also to cooperate with United States Probation and comply with any

25 reporting requirements set out by United States Probation during this travel.

26 \\\\

27 \\\\

28
   **STIPULATION & [PROPOSED] ORDER**
   **RE TRAVEL**                                    L:\Bob\Data\FD\S&O Modify Travel.jh.wpd

1    Counsel Robert Waggener has verified that United States Probation Officer Wayne

2  Mirikitani and Assistant United Attorney Acadia Senese have no objection to the modification of

3  Mr. Higgins' probation conditions so he can attend the wedding.

4    All other conditions of Mr. Higgins' probation conditions are to remain in effect.

5

6  Dated:    May 6, 2011                                    /s/
                                            _____
7                                           ROBERT WAGGENER
                                            Attorney for Defendant
8                                           JAMES CHARLES HIGGINS

9

10 Dated:    May _6_, 2011                                  /s/
                                            _____
11                                          ACADIA SENESE
                                            Assistant United States Attorney
12

13    **IT IS SO ORDERED.**

14

15 Dated:    __ May 6, 2011 _____                          _____
16                                          JOSEPH C.
                                            United States District Court Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27

28